# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# F I L E D

FEB **1 3** 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ROBERT LEE BEECHAM,**
**Personal Representative of the**
**Estate of Kenneth Ford, et al.**

**Plaintiffs**

## 08CV944
## JUDGE DER-YEGHIAYAN
## MAG. JUDGE KEYS

v.

**United States District Court**
**For The District Of Columbia**
**Civil No. 1:01CV02243**

**SOCIALIST PEOPLE'S LIBYAN**
**ARAB JAMAHIRIYA (Libya), et al.**
**Defendants**

## NOTICE PURSUANT TO 28 U.S.C. § 1605A(g) OF
## PENDING ACTION AND OF LIEN OF LIS PENDENS

Notice is herewith given pursuant to 28 U.S.C. § 1605A(g) on behalf of Plaintiffs

J. C. Andrews, Ann Marie Arnicar, Tracy Billingslea, Reginald Borders, Gerald Clark,

Allen J. Cones, Leroy Craig, Jr., Gary Damon, Stacy Demps, Terry Ken Finch, William

H. Gilmore, James E. Green, Jeremy T. Hall, Donald Ham, Ralph O. Hunter, Alex

Jackson, David T. Jackson, John Jackson, Robert Lee Jones, Alan D. Lee, Ronald L.

Locke, Frank McDougald, Earl T. Marshall, Ulysses Mays, Jr., Larry Northington,

Michael O'Neal, Patrick Pettway, Marvin Ragin, Sr.; Ernest Rios, Larry Ruff, Charles V.

Staples, Jeffery N. Sutton, Rickey Tucker, Curtis Williams, Michael Williams, Cederic J.

Woolfork, and James A. Ziegler, of the assertion of a lien of lis pendens as to all real property or tangible personal property, subject to attachment in aid of execution or execution, under 28 U.S.C. § 1610, which is located in the United States Judicial District in which this Notice is filed and is titled in the name or names of any of the Defendants, to wit, the Socialist People's Libyan Arab Jamahiriya, Jamahiriya Security Organization, Socialist People's Libyan Arab Jamahiriya Ministry For Information And Security, Socialist People's Libyan Arab Jamahiriya Security Organization, Socialist People's Libyan Arab Jamahiriya External Security Organization, Colonel Muammar Al-Ghaddafi, Omar Mustafa Al-Muntasir, N. N. (Minister For Information and Security), the Ghaddafi Foundation, Mohammed Abdullah Said Rashid, Elamin A. Elamin, Ali Ibrahim O. Keshlaf, Musbah Al Albani, Yasser Chraidi, Ali Chanaa, Verna Chanaa, Musbah Omar Abulgasem Eter, Souad Chraidi and Abdrea Hausler, or titled in the name of any entity controlled by any Defendant above described, including but not limited to the Ghaddafi Foundation.

Attached please find a copy of the Complaint pending in Robert Lee Beecham, Personal Representative of the Estate of Kenneth Ford, et al. v. Socialist People's Libyan Arab Jamahiriya, United States District Court For The District Of Columbia, Civil Action No. 1:01cv02243.

**January 29, 2008**                                       **FAY & PERLES**

**Thomas Fortune Fay (D.C.Bar#23929)**
**601 Pennsylvania Avenue, NW**
**#900 – South Building**
**Washington, DC 20004**
**202/638-4534**

## ***CERTIFICATE OF SERVICE***

I hereby certify that on this 29th day of January, 2008, a copy of the foregoing was

mailed, postage pre-paid, to:

> Arman Dabiri, Esq.
> 1725 I Street, NW
> Suite 300
> Washington, DC 20006
>
> Jacob A, Stein, Esq.
> Stein, Mitchell & Mezines
> 1100 Connecticut Avenue, NW
> 11[th] Floor
> Washington, DC 20036.

Thomas Fortune Fay

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT LEE BEECHAM, Individually )
  and as Representative )
  of the Estate of Kenneth Terence Ford )
9990 Beaverland Street )
Detroit, MI 48239 )
)
    and )
)
ALICE FAYE FORD, Individually and as )    Civil Action No. 01-2243
  Representative of the )    (RWR)
  Estate of Kenneth Terence Ford )
15145 Piedmont Street )
Detroit, MI 48223 )
)
    and )
)
REVELL SCOTT )
15145 Piedmont Street )
Detroit, MI 48223 )
)
    and )
)
ROBERT LEE BEECHAM )
9990 Beaverland Street )
Detroit, MI 48239 )
    and )
ALICE FAYE FORD, )
15145 Piedmont Street )
Detroit, MI 48223 )
  Representatives of the )
  Estate of Robin L. Beecham )
)
    and )
)
PATROCINIA GOINS, Individually and )
  as Representative of the )
  Estate of James E. Goins )
813 New St. )
Uniondale, NY 11553-3437 )
)
    and )
)

CARLOS GOINS
215 Himrod Street
Brooklyn, NY  11237

    and

TROY DEON EURING
Donaustr. 19
12043 Berlin, Germany

    and

GERALD FORD
Reckeweg 65a
13591 Berlin, Germany

    and

RICHARD GEORGE
Jahnstrasse 55
12347 Berlin, Germany

    and

ALFRED JACKSON
Nieritzweg 36
14165 Berlin, Germany

    and

DAVID JACKSON
119 Bluff Avenue
LaGrange, IL 60525

    and

LARRY JEFFERSON
Burgemeister Str. 63
12103 Berlin, Germany

    and

DALTON E. PORTEOUS
146 North Canaan Street
Hartford, CT 06112

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2

and                                                    )
                                                       )
                                                       )
ANTHONY SAILOR                                         )
Jahnstrasse 55                                         )
12347 Berlin, Germany                                 )
                                                       )
    and                                               )
                                                       )
ROBERT LEE SIMS                                        )
c/o Morris Moorwisch 11                                )
22547 Hamburg, Germany                                )
                                                       )
    and                                               )
                                                       )
HENRY CARL SMITH                                       )
Südendstr. 54                                          )
12169 Berlin, Germany                                 )
                                                       )
    and                                               )
                                                       )
MELVIN SPENCER                                         )
434 Hayes Road                                         )
Toledo, OH 43615                                       )
                                                       )
    and                                               )
                                                       )
ROMANA WELLS                                           )
4417 Shortleaf Street                                  )
Las Vegas, NV 89119                                    )
                                                       )
    and                                               )
                                                       )
TYRELL WHITE                                           )
901 N. Laramie                                         )
Chicago, IL 60651                                      )
                                                       )
    and                                               )
                                                       )
ANTHONY BERNARD BALLARD                                )
2413 Southgate Drive                                   )
Augusta, GA 30906                                      )
                                                       )
    and                                               )
                                                       )

3

DONNA MARIE DAGRACA )
104 Sabin St., #6 )
Pawtucket, RI 02860 )
)
    and )
)
CHRISTOPHER A. GORDON-SOMERS )
1159 Sheeler Hills Drive )
Apopka, FL 32703 )
)
    and )
)
WADE McARTHUR HARRIS, JR. )
2045 Elizabeth Chapman Drive )
Jackson, MS 39212 )
)
    and )
)
RALPH HUNTER )
620 Trunecek Circle )
Raleigh, NC 27603 )
)
    and )
)
ALEX L. JACKSON )
9 26th St., N.E. )
Cairo, GA 31728 )
)
    and )
)
EARL THOMAS MARSHALL, SR. )
93, Rte - 119 )
Rindge, NH 03461 )
)
    and )
)
FRANK WESLEY McGEE, JR. )
1818 Spikes Street )
Grand Prairie, TX 75051 )
)
    and )
)
CLARENCE RAMBO )
360 A Port Street )
Fort Benning, GA 31905 )
)

4

and                                                    )
                                                       )
FORREST WARD                                           )
202 Johns Road                                         )
Warner Robins, GA 31093                                )
                                                       )
    and                                                )
                                                       )
THOMAS LEON WOODLAND                                   )
280 Uvalde Road, #277                                  )
Houston, TX 77015                                      )
                                                       )
    and                                                )
                                                       )
JEFFREY WYNES                                          )
200 Picatinny                                          )
White Sands Missile Range, NM 88002                    )
                                                       )
    and                                                )
                                                       )
CARLOS MARQUEZ                                         )
323 Wainohia Street                                    )
Kihei, HI 96753                                        )
                                                       )
    and                                                )
                                                       )
ANDRE W. WOODSON                                       )
731 Bellwood Avenue, #204                              )
Bellwood, IL 60104                                     )
                                                       )
    and                                                )
                                                       )
RUTHLYN RESHA BAXTER                                   )
137 Holiday Place                                      )
Madisonville, KY 42431                                 )
                                                       )
    and                                                )
                                                       )
BRANDON BORDERS                                        )
215 Muench Street                                      )
Harrisburg, PA 17102                                   )
                                                       )
    and                                                )

5

RICKEY EUGENE BORDERS                    )
Motzstr. 70                              )
10777 Berlin, Germany                    )
                                         )
          and                            )
                                         )
LEE ROBERT BROWN, III                    )
1695 Aspen Court                         )
Orange Park, FL  32073                   )
                                         )
          and                            )
                                         )
SHAWN BUTLER                             )
6346 Shetland Avenue                     )
Pittsburgh, PA 15206                     )
                                         )
          and                            )
                                         )
DARRYL ALLEN BYERS                       )
7660 Swindon Street                      )
Blacklick, OH  43004                     )
                                         )
          and                            )
                                         )
JORDAN EDWARDS                           )
2414 Northwest 8th Street                )
Pompano Beach, FL   33069                )
                                         )
          and                            )
                                         )
JAMES EARL FRAZIER                       )
89 Bastogne Road, B                      )
Fort Lee, VA 23801                       )
                                         )
          and                            )
                                         )
MICHAELA HAUGABOOK                       )
1536 Pine Ridge Drive                    )
Roxboro, NC   27573                      )
                                         )
          and                            )
                                         )
TIMOTHY GLEN HENDERSON                   )
15460  N.W. 12th Court                   )
Pembroke Pines, FL  33028                )

6

and                                                    )
                                                       )
CHARLIE CHRIS HILL                                     )
2006 Gillionville Road                                 )
Albany, GA 31707                                       )
                                                       )
    and                                                )
                                                       )
ROOSEVELT JOHNSON                                      )
5645 International Drive                                )
Jacksonville, FL 32219                                 )
                                                       )
    and                                                )
                                                       )
ROBERT EUGENE JONES                                    )
232 Rose Street                                        )
Martinez, GA 30907                                     )
                                                       )
    and                                                )
                                                       )
RONALD JONES                                           )
10622 Northwoods Forest Drive                          )
Charlotte, NC   28214                                  )
                                                       )
    and                                                )
                                                       )
GARY LUNGRIN                                           )
P. O. Box 245                                          )
Bentonia, MS 39040                                     )
                                                       )
    and                                                )
                                                       )
CHARLES J. MAXWELL                                     )
P. O. Box 16652                                        )
Clearwater, FL 33766                                   )
                                                       )
    and                                                )
                                                       )
JAMES WINFIELD MAY                                     )
7011 Ashaway Cove                                      )
Memphis, TN   38119                                    )
                                                       )
    and                                                )

7

PAUL ANDREW McCATHRON                          )
804 Treewood Drive, Apt. 38                    )
Hillsboro, OH   45133                          )
                                               )
      and                                      )
                                               )
ANDRE McGHEE                                   )
1239 Euclid Avenue, SE                         )
Grand Rapids, MI 49507                         )
                                               )
      and                                      )
                                               )
DELIONEL B. MEADOWS                            )
2707 Westwood Drive                            )
Killeen, TX  76549                             )
                                               )
      and                                      )
                                               )
MANUEL ANTHONY MEDINA                          )
3424 Rucker Road                               )
Lompoc, CA  93436                              )
                                               )
      and                                      )
                                               )
BRYAN MILLS                                    )
4523 Bluehaven Drive                           )
Dayton, OH   45406                             )
                                               )
      and                                      )
                                               )
LYNN ARNETT MORGAN                             )
8700 N. 50th Street, Apt. 1423                 )
Tampa, FL   33617                              )
                                               )
      and                                      )
                                               )
WAYNE P. NEELEY                                )
210 North 39th Street                          )
Waco, TX 76710                                 )
                                               )
      and                                      )
                                               )
MIGUEL H. SPRUILL                              )
321 Lost Tree Drive                            )
Columbia, SC 29223                             )
                                               )

and    )
       )
       )
RONALD TATE    )
4330 N. 27th St., Apt. #2    )
Milwaukee, WI   53216    )
       )
       )
    and    )
       )
       )
ALVIN LEVERT WALLACE    )
706 28th Street South    )
Bessemer, AL 35020    )
       )
       )
    and    )
       )
       )
ROBERT WELDON    )
91-1042 Kaikauhaa St.    )
Ewa Beach, HI   96706    )
       )
       )
    and    )
       )
       )
LLOYD ELLIOT WELLS    )
828 Tara Bend    )
Hampton, GA 30228    )
       )
       )
    and    )
       )
       )
EARNEST EUGENE WILSON    )
499 Quail Hollow Road    )
South Hill, VA  23970    )
       )
       )
    and    )
       )
       )
MARSHAUN A. R. WINSTON    )
7695 Charles Drive, Apt. 203    )
Lenexa, KS   66216    )
       )
       )
    and    )
       )
       )
ROBERT LEE BEECHAM,    )
Personal Representative of the    )
Estate of Kenneth Ford    )
9990 Beaverland Street    )
Detroit, MI 48239    )
       )
       )
    and    )

9

J. C. ANDREWS )
1271Semoran Blvd )
Suite 117 )
Caselberry, FL 32707 )
)
)
        and )
)
)
ANN MARIE ARNICAR )
6306 Hidden Hollow )
San Antonio, TX 78239-2722 )
)
)
        and )
)
)
TRACY BILLINGSLEA )
1121 Old FM 440 )
Apt. 12-101 )
Killeen, TX 76549 )
)
)
        and )
)
)
REGINALD BORDERS )
1930 Foster Ave. )
Memphis, TN 38114 )
)
)
        and )
)
)
GERALD CLARK )
6978 Shangri-La Way )
Riverdale, GA 30296 )
)
)
        and )
)
)
ALLEN CONES )
1346 Boston Ave. )
Grand Rapids, MI 49507 )
)
)
        and )
)
)
LEROY CRAIG )
305 C Forest Oak Ln )
Suffolk, VA 23434-5462 )
)
)
        and )

10

GARY DAMON )
4316 Rockside Hills Dr. )
Raleigh, NC 27603 )
)
)
and )
)
STACY DEMPS )
15127 NW 87th Pl )
Miami, FL 33018 )
)
)
and )
)
TERRY FINCH )
7582 Springfield Ct. )
Gloucester, VA 23061 )
)
)
and )
)
WILLIAM GILMORE )
404 W. Pullum St )
Samson, AL 36477 )
)
)
and )
)
JEREMY HALL )
4757 East Greenway Rd )
Suite 107 PMB 234 )
Phoenix, AZ 85032 )
)
)
and )
)
DONALD HAM )
1057 Cabot St. )
Port Charlotte, FL 33953-2014 )
)
)
and )
)
RALPH HUNTER )
629 Trunecek Cir )
Raleigh, NC 27603 )
)
)
and )
)
ALEX L. JACKSON )
906 Madison Street )
Thomasville, GA 31792-4310 )

11

and                                              )
                                                 )
DAVID T. JACKSON                                 )
119 Bluff Ave.                                   )
La Grange, IL 60525                              )
                                                 )
    and                                          )
                                                 )
JOHN JACKSON                                     )
3831 Cottage Ave.                                )
Baltimore, MD 21215                              )
                                                 )
    and                                          )
                                                 )
ALAN LEE                                         )
3360 Chichester Ave.                             )
Apt J6                                           )
Boothwyn, PA 19601                               )
                                                 )
    and                                          )
                                                 )
RON LOCKE                                        )
511 Twenty Seventh Street                        )
Phoenix City, Al 36867                           )
                                                 )
    and                                          )
                                                 )
EARLE MARSHALL                                   )
93 Rte. 119                                      )
Rindge, NH 03461                                 )
                                                 )
    and                                          )
                                                 )
                                                 )
FRANK McDOUGALD                                  )
1700 E. Tabor Ave., Apt D3                       )
Fairfield, CA 94533                              )
                                                 )
    and                                          )
                                                 )
ULYSSES MAYS                                     )
711 NW Arlington Ave                             )
Lawton, OK 73507                                 )
                                                 )
    and                                          )

LARRY NORTHINGTON )
200 N. Wilshire Ave. )
Apt. 118 )
Anaheim, CA 92801 )
)
and )
)
MICHAEL O'NEAL )
9314 S. Ash St. )
Apt. G-5 )
Takoma, WA 98444 )
)
and )
)
PATRICK PETTWAY )
201 Brooklane )
Selma, AL 36701 )
)
and )
)
MARVIN RAGIN )
234 Tally Adams Rd. )
Eastove, SC 29044 )
)
and )
)
ERNEST RIOS )
8281 Sparrow Rd. )
Valley Springs, CA 95252 )
)
and )
)
LARRY RUFF )
736 Cambridge Ave. )
Aberdeen, MD 21001 )
)
and )
)
CHARLES STAPLES )
1203 Credonwood Circle )
Brandon, FL 33510 )
)
and )

13

JEFFERY SUTTON )
11929 SW 216 St. )
Miami, Fl 33170 )
)
and )
)
RICKY TUCKER )
6635 Presidential Dr. )
Jackson, MS 39213 )
)
and )
)
CURTIS WILLIAMS )
534 Griffin Ave. )
Apt 4 )
Valdosta, GA 31601 )
)
and )
)
MICHAEL WILLIAMS )
534 Griffin Ave. )
Apt 4 )
Valdosta, GA 31601 )
)
and )
)
CEDRIC WOOLFORK )
47459 Twenty-Seventh Street, W )
Lancaster, CA 93536 )
)
and )
)
JAMES ZEIGLER )
2308 Lava Lane )
Kileen, TX 76542 )
)
and )
)
TESSIE L. BROWN )
Individually And As Personal Representative )
Of The Estate Of Edward Mac Goins )
)
and )

ROBERT L. JONES                                     )
Hoher Strasse 35                                    )
Siegen, Germany 57072                               )
                                                    )
              Plaintiffs                            )
                                                    )
    v.                                              )
                                                    )
SOCIALIST PEOPLE'S LIBYAN                           )
  ARAB JAMAHIRIYA (Libya)                           )
Tripoli, Libya                                      )
                                                    )
                                                    )
        and                                         )
                                                    )
JAMAHIRIYA  SECURITY ORGANIZATION                   )
Tripoli, Libya                                      )
                                                    )
        and                                         )
                                                    )
SOCIALIST PEOPLE'S LIBYAN                           )
  ARAB JAMAHIRIYA MINISTRY FOR                      )
  INFORMATION AND SECURITY                          )
Tripoli, Libya                                      )
                                                    )
        and                                         )
                                                    )
SOCIALIST PEOPLE'S LIBYAN ARAB                      )
  JAMAHIRIYA SECURITY ORGANIZATION                  )
Tripoli, Libya                                      )
                                                    )
        and                                         )
                                                    )
SOCIALIST PEOPLE'S LIBYAN ARAB                      )
  JAMAHIRIYA EXTERNAL SECURITY                      )
  ORGANIZATION                                      )
Tripoli, Libya                                      )
                                                    )
        and                                         )
                                                    )
COLONEL MUAMMAR AL-GHADDAFI                         )
Head of State of the Socialist People's            )
  Libyan Arab Jamahiriya                            )
Tripoli, Libya                                      )
                                                    )
        and                                         )

**15**

OMAR MUSTAFA AL-MUNTASIR                    )
Foreign Minister, Socialist People's        )
  Libyan Arab Jamahiriya                     )
Tripoli, Libya                               )
                                             )
        and                                  )
                                             )
N. N.                                        )
Minister for Information and Security,       )
  Socialist People's Libyan Arab            )
  Jamahiriya                                 )
Tripoli, Libya                               )
                                             )
        and                                  )
                                             )
MOHAMMED ABDULLAH SAID                       )
  RASHID                                     )
Address Unknown                              )
                                             )
        and                                  )
                                             )
ELAMIN A. ELAMIN                             )
Address Unknown                              )
                                             )
        and                                  )
                                             )
ALI IBRAHIM O. KESHLAF                       )
Address Unknown                              )
                                             )
        and                                  )
                                             )
MUSBAH AL ALBANI                             )
Address Unknown                              )
                                             )
        and                                  )
                                             )
YASSER CHRAIDI                               )
Moabit Detention Institution                 )
Berlin, Germany                              )
                                             )
        and                                  )
                                             )
ALI CHANAA                                   )
Moabit Detention Institution                 )

16

Berlin, Germany                        )
                                       )
        and                            )
                                       )
VERENA CHANAA                          )
Moabit Women's Detention               )
  Institution                          )
Berlin, Germany                        )
                                       )
        and                            )
                                       )
MUSBAH OMAR ABULGASEM ETER             )
Moabit Detention Institution           )
Berlin, Germany                        )
                                       )
        and                            )
                                       )
SOUAD CHRAIDI                          )
Abra, Lebanon                          )
                                       )
        and                            )
                                       )
ANDREA HÄUSLER                         )
Berlin, Germany                        )
                                       )
                Defendants             )


## CONSOLIDATED FOURTH AMENDED COMPLAINT


Pursuant to the Court's orders dated March 31, 2007 and May 21, 2007,
plaintiffs, by and through their counsel, file a Consolidated Fourth Amended
Complaint.    As directed by the Court's orders, plaintiffs in this amended
complaint omit previously-filed causes of action which were brought under the
terrorism exception to the Foreign Sovereign Immunities Act. As further directed
by the Court's orders, plaintiffs also omit previously-filed claims for punitive
damages.

Plaintiffs bring this action seeking damages arising out of the April 5, 1986

Libyan state-sponsored terrorist bombing of the "La Belle" discotheque in West

Berlin, Germany.  Plaintiffs move for judgment against Defendants, jointly and

severally, and in support of their Consolidated Fourth Amended Complaint allege

as follows:


## JURISDICTION AND VENUE

1.    Subject matter jurisdiction of this case arises under 28 U.S.C. §§

1330 and 1332, and 28 U.S.C. §§ 1602-1611. Defendants are subject to suit in

the courts of the United States pursuant to the Foreign Sovereign Immunities Act,

as amended, 28 U.S.C. § 1605(a)(7), and related statutes.

2.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(f)(4).

## FACTUAL ALLEGATIONS

3.    Plaintiff Robert Lee Beecham is the surviving father of Kenneth

Terence Ford, who was killed by the terrorist acts committed by defendants

which are set forth in this Complaint. Kenneth Terence Ford was at the time of

the acts alleged in this Complaint a citizen of the United States.    Mr. Beecham

is, and at the time of the acts alleged in this Complaint was, a citizen of the

United States. Mr. Beecham brings this action individually and as a

representative of the Estate of Kenneth Terence Ford.

4.    Plaintiff Alice Faye Ford is the surviving mother of Kenneth Terence

Ford. Ms. Ford is, and at the time of the acts alleged in this Complaint was, a

citizen of the United States.  Ms. Ford brings this action individually and as a representative of the Estate of Kenneth Terence Ford.

5.    Plaintiff Revell Scott is the surviving sister of Kenneth Terence Ford.  Ms. Scott is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.

6.    Plaintiffs Robert Lee Beecham and Alice Faye Ford are the representatives of the Estate of Robin L. Beecham, who was a surviving brother of Kenneth Terence Ford.  Robin L. Beecham was, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Robert Lee Beecham and Alice Faye Ford bring this action as representatives of the Estate of Robin L. Beecham.

7.    Plaintiff Patrocinia Goins is the surviving wife of James E. Goins, who was killed by the terrorist acts committed by defendants which are set forth in this Complaint.  James E. Goins was at the time of the acts alleged in this Complaint a citizen of the United States.  Patrocinia Goins is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Patrocinia Goins brings this action individually and as the representative of the Estate of James E. Goins.

8.    Plaintiff Carlos Goins is the surviving son of James E. Goins. Carlos Goins is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.

9.    Plaintiff Troy Deon Euring is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Euring has suffered

personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

10.    Plaintiff Gerald Ford is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Ford has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

11.    Plaintiff Richard George is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. George has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

12.    Plaintiff Alfred Jackson is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Jackson has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

13.    Plaintiff David Jackson is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Jackson has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

14.    Plaintiff Larry Jefferson is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Jefferson has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

15.    Plaintiff Dalton E. Porteous is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Porteous has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

16.    Plaintiff Anthony Sailor is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Sailor has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

17.    Plaintiff Robert Lee Sims is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Sims has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

18.    Plaintiff Henry Carl Smith is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Smith has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

19.    Plaintiff Melvin Spencer is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Spencer has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

20.    Plaintiff Romana Wells is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Ms. Wells has suffered personal

injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

21.    Plaintiff Tyrell White is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. White has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

22.    Plaintiff Anthony Bernard Ballard is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Ballard has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

23.    Plaintiff Donna Marie DaGraca is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Ms. DaGraca has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

24.    Plaintiff Christopher A. Gordon-Somers is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Gordon-Somers has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

25.    Plaintiff Wade McArthur Harris, Jr.  is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Harris has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

26.    Plaintiff Ralph Hunter is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Hunter has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

27.    Plaintiff Alex L. Jackson is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Jackson has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

28.    Plaintiff Earl Thomas Marshall, Sr. is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Marshall has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

29.    Plaintiff Frank Wesley McGee, Jr. is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. McGee has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

30.    Plaintiff Clarence Rambo is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Rambo has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

31.    Plaintiff Forrest Ward is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Ward has suffered personal

injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

32.    Plaintiff Thomas Leon Woodland is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Woodland has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

33.    Plaintiff Jeffrey Wynes is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Wynes has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

34.    Plaintiff Carlos Marquez is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Marquez has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

35.    Plaintiff Andre W. Woodson is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Woodson has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

36.    Plaintiff Ruthlyn Resha Baxter is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Ms. Baxter has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

24

37.    Plaintiff Brandon Borders is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Borders has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

38.    Plaintiff Rickey Eugene Borders is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Borders has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

39.    Plaintiff Lee Robert Brown, III is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Brown has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

40.    Plaintiff Shawn Butler is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Butler has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

41.    Plaintiff Darryl Allen Byers is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Byers has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

42.    Plaintiff Jordan Edwards is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Edwards has suffered

personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

43.    Plaintiff James Earl Frazier is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.   Mr. Frazier has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

44.    Plaintiff Michaela Haugabook is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.   Ms. Haugabook has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

45.    Plaintiff Timothy Glen Henderson is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.   Mr. Henderson has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

46.    Plaintiff Charlie Chris Hill is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.   Mr. Hill has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

47.    Plaintiff Roosevelt Johnson is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.   Mr. Johnson has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

48.    Plaintiff Robert Eugene Jones is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Jones has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

49.    Plaintiff Ronald Jones is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Jones has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

50.    Plaintiff Gary Lungrin is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Lungrin has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

51.    Plaintiff Charles J. Maxwell is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. Maxwell has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

52.    Plaintiff James Winfield May is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. May has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

53.    Plaintiff Paul Andrew McCathron is, and at the time of the acts alleged in this Complaint was, a citizen of the United States. Mr. McCathron has

suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

54.    Plaintiff Andre McGhee is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.   Mr. McGhee has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

55.    Plaintiff Delionel B. Meadows is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.   Mr. Meadows has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

56.    Plaintiff Manuel Anthony Medina is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.   Mr. Medina has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

57.    Plaintiff Bryan Mills is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.   Mr. Mills has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

58.    Plaintiff Lynn Arnett Morgan is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.   Mr. Morgan has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

59.    Plaintiff Wayne P. Neeley is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Neeley has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

60.    Plaintiff Miguel H. Spruill is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Spruill has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

61.    Plaintiff Ronald Tate is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Tate has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

62.    Plaintiff Alvin Levert Wallace is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Wallace has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

63.    Plaintiff Robert Weldon is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Weldon has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

64.    Plaintiff Lloyd Elliot Wells is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Wells has suffered

personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

65.    Plaintiff Earnest Eugene Wilson is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Wilson has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

66.    Plaintiff Marshaun A. R. Winston is, and at the time of the acts alleged in this Complaint was, a citizen of the United States.  Mr. Winston has suffered personal injury as a result of the terrorist acts committed by defendants which are set forth in this Complaint.

67.    Defendant Socialist People's Libyan Arab Jamahiriya ("Libya") is a foreign state that has been designated a state sponsor of terrorism pursuant to section 6(j) of the Export Administration Act of 1979, 50 U.S.C. § 2405(j), and section 620A of the Foreign Assistance Act of 1961, 22 U.S.C. § 2371, since December 29, 1979.  Libya, acting by and through its officials, employees and agents, both known and unknown, committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint.  Libya sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction, and training for their terrorist activities.

68.    Defendant Socialist People's Libyan Arab Jamahiriya Ministry for Information and Security ("MFIS") is a Libyan agency which performs terrorist

acts and through which Libya supports terrorist groups. The MFIS, acting by and through its officials, employees and agents, both known and unknown, committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. The MFIS sponsored the perpetrators within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. §1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of its acts, the MFIS was acting as agent for Libya and performed its acts within the scope of its agency, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note.

69.    Defendant Socialist People's Libyan Arab Jamahiriya Security Organization ("JSO") is a Libyan agency which performs terrorist acts and through which Libya supports terrorist groups. The JSO, acting by and through its officials, employees and agents, both known and unknown, committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. The JSO sponsored the perpetrators within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of its acts, the JSO was acting as agent for Libya and performed its acts within the scope of its agency, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note.

70.    Defendant Socialist People's Libyan Arab Jamahiriya External Security Organization ("ESO") is a Libyan agency which performs terrorist acts and through which Libya supports terrorist groups.  The ESO,  acting by and through its officials, employees and agents, both known and unknown, committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint.  The ESO sponsored the perpetrators within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint.  At all times material and in all of its acts, the ESO was acting as agent for Libya and performed its acts within the scope of its agency, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note.

71.    Defendant Colonel Muammar Al-Ghaddafi is Head of State of the Socialist People's Libyan Arab Jamahiriya.  Colonel Al-Ghaddafi committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint.  Colonel Al-Ghaddafi sponsored the perpetrators within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint.  At all times material and in all of his acts, Colonel Al-Ghaddafi was acting as an official and agent for Libya, MFIS, JSO and ESO and performed his acts within the scope of his office and agency, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note.

72.    Defendant Omar Mustafa Al-Muntasir was the Foreign Minister of the Socialist People's Libyan Arab Jamahiriya. Defendant Al-Muntasir committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. Defendant Al-Muntasir sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of his acts, defendant Al-Muntasir was acting as an official and agent for Libya, MFIS, JSO and ESO, and performed his acts within the scope of his office and agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

73.    Defendant N. N. was the Minister for Information and Security of the Socialist People's Libyan Arab Jamahiriya. Defendant N.N. committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. Defendant N.N. sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of his acts, defendant N.N. was acting as an official and agent for Libya, MFIS, JSO and ESO, and performed his acts within the scope of his office and agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

74.    Defendant Mohammed Abdullah Said Rashid was a leading member of the MFIS, JSO and ESO, in Tripoli, Libya.   Defendant Rashid committed the terrorist acts which are set forth in this Complaint and  provided material support and resources to the perpetrators of  the terrorist acts which are set forth in this Complaint.  Defendant Rashid sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint.  At all times material and in all of his acts, defendant Rashid was acting as an official and agent for Libya, MFIS, JSO and ESO and performed his acts within the scope of his office and agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

75.    Defendant Elamin A. Elamin was a member of the People's Office of the Socialist People's Libyan Arab Jamahiriya in East Berlin and a Libyan intelligence service member.   Defendant Elamin committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of  the terrorist acts which are set forth in this Complaint. Defendant Elamin sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of his acts, defendant Elamin was acting as an official and agent for Libya, MFIS, JSO and ESO and performed his acts within the scope of his office and agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

76.    Defendant Ali Ibrahim O. Keshlaf was ambassadorial secretary of the People's Office of the Socialist People's Libyan Arab Jamahiriya in East Berlin. Defendant Keshlaf committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. Defendant Keshlaf sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of his acts, defendant Keshlaf was acting as an official and agent for Libya, MFIS, JSO and ESO and performed his acts within the scope of his office and agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

77.    Defendant Musbah Al Albani was a diplomatic courier of the Socialist People's Libyan Arab Jamahiriya. Defendant Albani committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. Defendant Albani sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of his acts, defendant Albani was acting as an official and agent for Libya, MFIS, JSO and ESO and performed his acts within the scope of his office and agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

78.    Defendant Yasser Chraidi is a member of the Palestinian terror organization "PFLP-GC." Yasser Chraidi committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. Yasser Chraidi sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of his acts, Yasser Chraidi was acting as an agent for Libya, MFIS, JSO and ESO and performed his acts within the scope of his agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

79.    Defendant Ali Chanaa is a Palestinian and has been a German citizen since 1986. Ali Chanaa committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. Ali Chanaa sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of his acts, Ali Chanaa was acting as an agent for Libya, MFIS, JSO and ESO and performed his acts within the scope of his agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

80.    Defendant Verena Chanaa is a German citizen and the wife of Ali Chanaa. Verena Chanaa committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the

36

terrorist acts which are set forth in this Complaint. Verena Chanaa sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of her acts, Verena Chanaa was acting as an agent for Libya, MFIS, JSO and ESO and performed her acts within the scope of her agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

81.    Defendant Musbah Omar Abulgasem Eter was an accredited employee of the People's Office of the Socialist People's Libyan Arab Jamahiriya in East Berlin. Defendant Eter committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. Eter sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of his acts, defendant Eter was acting as an official, employee and agent for Libya, MFIS, JSO and ESO and performed his acts within the scope of his office, employment and agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

82.    Defendant Souad Chraidi was the wife of Yasser Chraidi. Souad Chraidi committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. Souad Chraidi sponsored the perpetrators,

within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of her acts, defendant Souad Chraidi was acting as an agent for Libya, MFIS, JSO and ESO and performed her acts within the scope of her agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

83.    Defendant Andrea Häusler is a German citizen and the sister of Verena Chanaa. Defendant Häusler committed the terrorist acts which are set forth in this Complaint and provided material support and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. Defendant Häusler sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction and training for the terrorist acts which are set forth in this Complaint. At all times material and in all of her acts, defendant Häusler was acting as an agent for Libya, MFIS, JSO and ESO and performed her acts within the scope of her agency, within the meaning of 28 U.S.C.§ 1605(a)(7) and 28 U.S.C. § 1605 note.

84.    All of the defendants participated in a conspiracy to commit the state-sponsored terrorist bomb attack at the "La Belle" discotheque, and in the execution thereof. Defendants Libya, MFIS, JSO, and ESO acted through their officials, employees and agents, including the named individual defendants herein and others unknown. Among the overt acts committed in furtherance of

the conspiracy and the execution thereof were the acts described in the following paragraphs.

85.    In March 1986, defendant Rashid, a leading member of the Libyan intelligence service in Tripoli, Libya, commissioned defendants Elamin and Keshlaf, members of the intelligence service employed in the Libyan embassy in East Berlin as diplomats, with the planning, preparation and execution of a terrorist attack in West Berlin by which it was intended that as many military personnel of the United States of America as possible would be killed.

86.    In furtherance of this planned attack, defendant Albani, a Libyan intelligence service courier, transported sub-machine guns, hand grenades and approximately 12 kg of explosives from Tripoli to East Berlin as diplomatic luggage.

87.    Defendants Keshlaf and Elamin brought Yasser Chraidi into the conspiracy.

88.    Defendants Ali and Verena Chanaa and defendant Eter joined in the planning and preparation of the terrorist attack.

89.    Defendants selected the "La Belle" discotheque in West Berlin, known to be frequented by large numbers of United States military personnel, as the target of the terrorist attack.

90.    On April 4, 1986, in preparation of the terrorist attack, defendant Souad Chraidi transported approximately 3 kg of plastic explosive loaded with iron parts, a detonator and a delay timing device (timer) from the Libyan embassy

in East Berlin to the apartment of defendants Ali and Verena Chanaa in West Berlin.

91.     It was defendants' intention that the bomb, when detonated, would cause an explosion that would kill all of the persons present in the "La Belle" discotheque.   Accordingly, in furtherance of defendants' intention, defendants chose a plastic explosive – either Semtex H, Hexogene, Nitropenta or Flex X – known to be highly explosive and resistant to detection. It is the explosive of choice of terrorists seeking to cause total destruction and massive loss of life. Defendants had purchased over one ton of this highly explosive material for use by terrorist organizations.

92.     On April 4, 1986 at around 9:00 p.m. defendants Yasser Chraidi, Ali Chanaa, Verena Chanaa and Eter made the final preparations for the terrorist attack at which time the detonator and timer were fitted into the explosive.   The explosive was concealed in a bag. After this, Eter said, "This is the answer to the Americans, a gift from Gadhafi to Reagan."

93.     At around 11:00 p.m. defendants Verena Chanaa and Andrea Häusler brought the bomb to be detonated into the "La Belle" discotheque, where the electrical delay timing device of the explosive was activated.   The bag containing the bomb was placed at a seat in the center of the dance floor.  On April 5, 1986 at around 1:35 a.m. Verena Chanaa and Andrea Häusler left the "La Belle" discotheque. There were approximately 260 people in the discotheque at the time.

94.     The bomb exploded with great and destructive force at approximately 1:40 a.m.  Three persons – Kenneth Terence Ford, James E. Goins, and Nermin Haney, a female Turkish citizen – were killed.  The explosive pressure tore off Mr. Ford's genitals, and separated his left lower-leg and his left arm from the trunk of his body.  He sustained severe burns on his face and body.  He died of shock and loss of blood.  Both of Mr. Goins' lower-legs were ripped open and his bones shattered.  Metal parts of the bomb penetrated his body and he sustained severe burns on his face and body.  Despite an emergency operation, in which both legs were amputated, he later died from his injuries. Nermin Haney had her left eye torn out and her left lower-leg cut to pieces by the explosion.  She bled to death at the scene. At least 229 persons suffered severe personal injuries as a result of the bomb explosion.  The explosion would have killed everyone present in the discotheque but for the fact that the explosion blasted out the interior walls and collapsed the dance floor so that the victims fell into a cellar.

95.     Both before and after the terrorist bomb attack on the "La Belle" discotheque, the telex communications between the Libyan Intelligence service switchboard in Tripoli and the Libyan embassy in East Berlin record that officials, employees and agents of Libya, MFIS, JSO and ESO are responsible for the planning, preparation and execution of this terrorist act.  Immediately after this terrorist bomb attack, the Libyan embassy in East Berlin sent a message to the Libyan government that execution of this terrorist act had been carried out successfully.  The communication stated that "... at 1:30 early this morning the

41

performance of one of the actions took place with success, without leaving behind any clues..."

96.    In April 1986 Major General John H. Mitchell was the United States Commander in Berlin.  He received secret national defense information from reliable sources.  He learned that before the "La Belle" bomb attack, instructions had been sent from the Libyan government in Tripoli to the Libyan People's Office in East Berlin to perform terrorist attacks against Americans and that the Libyan People's Office in East Berlin communicated to the Libyan government in Tripoli immediately after the bomb attack that the operation had been successfully performed.

97.    On September 10, 1996, defendant Eter visited the German embassy in Malta.  During questioning in the presence of the German ambassador, Eter made a detailed confession by disclosing the planning, preparation and execution of the terrorist attack on "La Belle;" his own actions; and the actions of the other perpetrators, as set forth above.  During further questioning conducted by the senior state prosecutor in Berlin,  Eter described in detail the execution of the "La Belle" terrorist act by officials, employees and agents of Libya, MFIS, JSO and ESO.

98.    On March 17, 2001, Defendant Al-Ghaddafi, in a secret meeting in Tripoli, Libya, admitted to Mr. Steiner, the foreign policy adviser to German Federal Chancellor Schröder, that Libya and he (Al-Ghaddafi) participated in the terrorist bomb attack at the "La Belle" discotheque as well as the "Lockerbie" terrorist act.  On March 29, 2001, at a meeting in Washington, D.C. between the

42

leaders of Germany and the United States, Mr. Steiner reported to President George W. Bush, Secretary of State Colin Powell, and National Security Advisor Condoleezza Rice these admissions of defendant Al-Ghaddafi.

99.    This action is brought by the Plaintiffs, Robert Lee Beecham, Personal Representative of the Estate of Kenneth Ford, et al., by counsel, in a representative capacity and in an individual capacity as to each plaintiff, as appropriate, for wrongful death and personal injuries, as more particularly described herein, for their own benefit, for the benefit of each particular estate, and for the benefit and on behalf of all those legally entitled to assert a claim under the state common law or statutory law and the state wrongful death and survival acts of the state where they were domiciled at the time of the attack. This Court exercises subject matter jurisdiction in accordance with the provisions of 28 United States Code Sections 1330(a), 1331,1332(a)(2), and 1605. The Court exercises in personam jurisdiction over the parties designated as Defendants in accordance with the provisions of 28 United States Code Section 1605(a)(7) footnote, Pl. 104-208. The proper venue for this action is in this Court in accordance with the provisions of 28 United States Code 1391(f)(4), which provides in pertinent part that a civil action against a foreign state may be brought in the United States District Court for the District of Columbia.

100.    The Plaintiffs in this action consist of United States citizens who were at the time of the occurrence herein alleged either members of the Armed Forces of the United States, civilian spouses of members of the Armed Forces of the United States, retired members of the Armed Forces of the United States,

civilian employees of governmental entities of the United States or the estates of such persons who are now deceased. At the precise time of the events hereinafter described which gave rise to this litigation, none of these persons were engaged in any official activity on behalf of the United States and all were off duty and were in attendance at the La Belle Discotheque in Friednauer, in metropolitan Berlin, Germany. Friednauer, at the time of the occurrence, was within the American Zone of Berlin. It was widely known to be frequented by Americans, particularly servicemen who were off duty. On April 5th, 1986 a bomb exploded within the La Belle Discotheque resulting in the deaths of three persons, including two Americans, and injuries to an additional 230 other people. Plaintiffs received various injuries including blunt force concussions, cuts from shrapnel, burns, and crush injuries from the walls and ceiling which collapsed from the force of the explosives. Several plaintiffs were trapped in the rubble until the fire brigade could extinguish the blaze and extricate them.

101.    The attack on April 5, 1986 on the La Belle Discotheque was carried out upon the direction of Colonel Muammar Abu Minar al Qadhafi, de facto chief of government of the Defendant, the Socialist People's Libyan Arab Jamahiriya (Libya). Libya is a foreign state that has been designated a state sponsor of terrorism pursuant to section 6(j) of the Export Administration Act of 1979, 50 U.S.C. § 2405(j), and section 620A of the Foreign Assistance Act of 1961, 22 U.S.C. § 2371, since December 29, 1979. Libya, acting by and through its officials, employees and agents, both known and unknown, committed the terrorist acts which are set forth in this Complaint and provided material support

and resources to the perpetrators of the terrorist acts which are set forth in this Complaint. Libya sponsored the perpetrators, within the meaning of 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605 note, by providing them with funding, planning, direction, and training for their terrorist activities. The attack itself was carried out by persons associated with the Libyan secret intelligence service, the Jamahiriya Security Organization (JSO), including JSO member Musbah Abulgasem Eter. This direct support and assistance was engaged in by an officials, employees, and/or agents of Libya while acting within the scope of their office, employment, or agency. They were assisted by Yasser Mohammed Chreidi, a Palestinian and a member of the Abu Nidal Organization (ANO), a terrorist group receiving financial support and assistance from Libya. Agents of Libya physically located in East Berlin supplied the explosives used to carry out the attack. Germans, known as Verena C. and Ali C., who were members of a Libyan sponsored terrorist group, concealed the bomb in a purse and placed it within the discotheque.

102.    Intelligence sources intercepted communications from Muammar Abu Minar al Qadhafi to the JSO ordering that terrorist acts be carried out resulting in the La Belle discotheque bombing. In furtherance of this planned attack a Libyan intelligence service courier transported sub-machine guns, hand grenades and approximately 12 kg of explosives from Tripoli to East Berlin as diplomatic luggage. On April 4, 1986, in preparation of the terrorist attack, Souad Chraidi transported approximately 3 kg of plastic explosive loaded with iron parts, a detonator and a delay timing device (timer) from the Libyan embassy in East Berlin to the apartment of Ali and Verena Chanaa in West Berlin. On April 4,

1986 at around 9:00 p.m. Yasser Chraidi, Ali Chanaa, Verena Chanaa and Eter made the final preparations for the terrorist attack at which time the detonator and timer were fitted into the explosive. The explosive was concealed in a bag. After this, Eter said, "This is the answer to the Americans, a gift from Gadhafi to Reagan."

103.    At around 11:00 p.m. Verena Chanaa and Andrea Häusler brought the bomb to be detonated into the "La Belle" discotheque, where the electrical delay timing device of the explosive was activated. The bag containing the bomb was placed at a seat in the center of the dance floor. On April 5, 1986 at around 1:35 a.m. Verena Chanaa and Andrea Häusler left the "La Belle" discotheque. There were approximately 260 people in the discotheque at the time.

104.    The bomb exploded with great and destructive force at approximately 1:40 a.m. Three persons — Kenneth Terence Ford, James E. Goins, and Nermin Haney, a female Turkish citizen — were killed. The explosive pressure tore off Mr. Ford's genitals, and separated his left lower-leg and his left arm from the trunk of his body. He sustained severe burns on his face and body. He died of shock and loss of blood. Both of Mr. Goins' lower-legs were ripped open and his bones shattered. Metal parts of the bomb penetrated his body and he sustained severe burns on his face and body. Despite an emergency operation, in which both legs were amputated, he later died from his injuries. Nermin Haney had her left eye torn out and her left lower-leg cut to pieces by the explosion. She bled to death at the scene. At least 229 persons suffered severe personal injuries as a result of the bomb explosion. The explosion would have

killed everyone present in the discotheque but for the fact that the explosion blasted out the interior walls and collapsed the dance floor so that the victims fell into a cellar.

105. Both before and after the terrorist bomb attack on the "La Belle" discotheque, the telex communications between the Libyan intelligence service switchboard in Tripoli and the Libyan embassy in East Berlin record that officials, employees and agents of Libya and JSO are responsible for the planning, preparation and execution of this terrorist act. Immediately after this terrorist bomb attack, the Libyan embassy in East Berlin sent a message to the Libyan government that execution of this terrorist act had been carried out successfully. The communication stated that "... at 1:30 early this morning the performance of one of the actions took place with success, without leaving behind any clues..."

106. In April 1986 Major General John H. Mitchell was the United States Commander in Berlin. He received secret national defense information from reliable sources. He learned that before the "La Belle" bomb attack, instructions had been sent from the Libyan government in Tripoli to the Libyan People's Office in East Berlin to perform terrorist attacks against Americans and that the Libyan People's Office in East Berlin communicated to the Libyan government in Tripoli immediately after the bomb attack that the operation had been successfully performed.

107. On September 10, 1996, Eter visited the German embassy in Malta. During questioning in the presence of the German ambassador, Eter made a detailed confession by disclosing the planning, preparation and

47

execution of the terrorist attack on "La Belle;" his own actions; and the actions of the other perpetrators, as set forth above.  During further questioning conducted by the senior state prosecutor in Berlin, Eter described in detail the execution of the "La Belle" terrorist act by officials, employees and agents of Libya and JSO.

108.    On March 17, 2001, Al Qhaddafi, in a secret meeting in Tripoli, Libya, admitted to Mr. Steiner, the foreign policy adviser to German Federal Chancellor Schröder, that Libya and he (Al Qhaddafi) participated in the terrorist bomb attack at the "La Belle" discotheque as well as the "Lockerbie" terrorist act. On March 29, 2001, at a meeting in Washington, D.C. between the leaders of Germany and the United States, Mr. Steiner reported to President George W. Bush, Secretary of State Colin Powell, and National Security Advisor Condoleezza Rice these admissions of Al-Ghaddafi.

109.    At no time, prior to the attack on the La Belle discotheque patrons, did a state of war or other status of belligerency exist between the United States of America and Libya. American military personnel were therefore by definition non-combatants in accordance with recognized principals of American and international law. The physical injuries suffered by the Plaintiffs or Plaintiffs' decedents were inflicted upon them for the purpose of intimidating the United States and influencing its foreign policy. The actions performed by Libyan agents, employees, and officials during the conspiracy to bomb the discotheque constitute extra-judicial killing, attempted extra-judicial killing, "torture" and the provision of "material support"[1] for the aforementioned, as defined in Section 3(b) of The Torture Victim Protection Act of 1991. Such actions further constitute

---

[1] As defined by 18 U.S.C. §2339A.

tortious, illegal and criminal actions under international law, United States law, the laws of the state of their permanent residence and District of Columbia law.

110.    The Plaintiffs and/or contingent beneficiaries of claims herein set forth are, and were at the time of the occurrence, nationals of the United States in accordance with the provisions of 28 United States Code Section 1605(a)(7)(B)(ii).

111.    The Jamahiriya Security Organization (JSO), is an agency of Libya and the Libyan secret intelligence service. The Abu Nidal Organization (ANO), is a terrorist group, which, at the time of the occurrence, received financial assistance, training and technical advice from Libya. Agents of Libya operating in East Berlin supplied the explosives used in the attack. The attack was carried out by Libyan agents, officials, and employees at the direction of Colonel Muammar Abu Minar al Qadhafi.    The Libyan agents, officials, and employees were therefore acting within the scope of their office, employment, or agency.

112.    Each plaintiff listed in this count asserts that he or she is entitled to judgment on this count pursuant to the applicable laws, common law or statutory law, of the state where each plaintiff and/or decedent was domiciled at the time of the incident at issue in this case.

113.    As a direct and proximate result of the "La Belle" bomb explosion, Kenneth Terence Ford suffered severe and permanent injuries to mind and body, including those set forth above, which caused him extensive pain and suffering and eventually resulted in his death.    Plaintiffs Robert Lee Beecham and Alice

Faye Ford, his surviving parents and representatives of his estate, bring claims individually and on behalf of the Estate of Kenneth Terence Ford.

114.    Plaintiff Revell Scott, the surviving sister of Kenneth Terence Ford, brings her separate claim individually.  Plaintiffs Robert Lee Beecham and Alice Faye Ford, representatives of the Estate of Robin L. Beecham, who was a surviving brother of Kenneth Terence Ford, bring a separate claim on behalf of the Estate of Robin L. Beecham.

115.    As a direct and proximate result of the "La Belle" bomb explosion, James E. Goins suffered severe and permanent injuries to mind and body, including those set forth above, which caused him extensive pain and suffering and eventually resulted in his death on June 7, 1986.  Plaintiff Patrocinia Goins, his surviving wife and representative of his estate, brings claims individually and on behalf of the Estate of James E. Goins.  Plaintiff Carlos Goins, the surviving son of James E. Goins, brings his separate claim individually.

116.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Troy Deon Euring was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his ear, a perforated ear drum and post-traumatic stress.  Because of his injuries, plaintiff Troy Deon Euring has been caused to undergo and will undergo in the future extensive medical treatment, including surgery, and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Troy Deon Euring has been and will continue to be prevented from engaging in his normal activities.  He has

been caused to undergo and will undergo in the future extensive physical and mental pain and suffering.

117.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Gerald Ford was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his ears, head, neck, and knees, hearing loss, post-traumatic stress, and depression.    Because of his injuries, plaintiff Gerald Ford has been caused to undergo and will undergo in the future extensive medical treatment, including surgery, and has been caused to incur and will incur in the future medical and related expenses.    He has suffered a loss of earnings and an impairment of his earning capacity.    Plaintiff Gerald Ford has been and will continue to be prevented from engaging in his normal activities.    He has been caused to undergo and will undergo in the future extensive physical and mental pain and suffering.

118.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Richard L. George was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his ears, perforated ear drums, hearing loss, burns on his face and arms, and post-traumatic stress. Because of his injuries, plaintiff Richard L. George has been caused to undergo and will undergo in the future extensive medical treatment, including surgery, and has been caused to incur and will incur in the future medical and related expenses.    He has suffered a loss of earnings and an impairment of his earning capacity.    Plaintiff Richard L. George has been and will continue to be prevented

51

from engaging in his normal activities.  He has been caused to undergo and will undergo in the future extensive physical and mental pain and suffering.

119.  As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Alfred Jackson was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his head, eye, ear, legs and knee, extensive burns to his face, neck, arm and hand, hearing loss, and post-traumatic stress.  Because of his injuries, plaintiff Alfred Jackson has been caused to undergo and will undergo in the future extensive medical treatment, including surgery, and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Alfred Jackson has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo and will undergo in the future extensive physical and mental pain and suffering.

120.  As a direct and proximate result of the "La Belle" bomb explosion, plaintiff David Jackson was caused to sustain severe and permanent injuries to mind and body, including but not limited to, a broken arm, burns to his body, and post-traumatic stress.  Because of his injuries, plaintiff David Jackson has been caused to undergo and will undergo in the future extensive medical treatment, including surgery, and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff David Jackson has been and will continue to be prevented from engaging in his normal activities.  He has been

caused to undergo and will undergo in the future extensive physical and mental pain and suffering.

121.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Larry Jefferson was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his neck, leg and knee, and post-traumatic stress.  Because of his injuries, plaintiff Larry Jefferson has been caused to undergo and will undergo in the future extensive medical treatment, including surgery, and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Larry Jefferson has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo and will undergo in the future extensive physical and mental pain and suffering.

122.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Dalton E. Porteous was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his ears, eardrums, arm, abdomen and leg, and post-traumatic stress.  Because of his injuries, plaintiff Dalton E. Porteous has been caused to undergo and will undergo in the future extensive medical treatment, including surgery, and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Dalton E. Porteous has been and will continue to be prevented from engaging in his normal

53

activities.   He has been caused to undergo and will undergo in the future
extensive physical and mental pain and suffering.

123.   As a direct and proximate result of the "La Belle" bomb explosion,
plaintiff Anthony Sailor was caused to sustain severe and permanent injuries to
mind and body, including but not limited to, injuries to his head and teeth, and
post-traumatic stress.  Because of his injuries, plaintiff Anthony Sailor has been
caused to undergo and will undergo in the future extensive medical treatment,
and has been caused to incur and will incur in the future medical and related
expenses.  He has suffered a loss of earnings and an impairment of his earning
capacity.  Plaintiff Anthony Sailor has been and will continue to be prevented
from engaging in his normal activities.  He has been caused to undergo and will
undergo in the future extensive physical and mental pain and suffering.

124.   As a direct and proximate result of the "La Belle" bomb explosion,
plaintiff Robert Lee Sims was caused to sustain severe and permanent injuries to
mind and body, including but not limited to, injuries to his ears, ear drums and
leg, and post-traumatic stress.  Because of his injuries, plaintiff Robert Lee Sims
has been caused to undergo and will undergo in the future extensive medical
treatment, and has been caused to incur and will incur in the future medical and
related expenses.  He has suffered a loss of earnings and an impairment of his
earning capacity.  Plaintiff Robert Lee Sims has been and will continue to be
prevented from engaging in his normal activities.   He has been caused to
undergo and will undergo in the future extensive physical and mental pain and
suffering.

54

125.   As a direct and proximate result of the "La Belle" bomb explosion,
plaintiff Henry Carl Smith was caused to sustain severe and permanent injuries
to mind and body, including but not limited to, injuries to his head, ear, ear drum,
arm and leg, hearing loss, burns on his arms and legs, and post-traumatic stress.
Because of his injuries, plaintiff Henry Carl Smith has been caused to undergo
and will undergo in the future extensive medical treatment, including surgery, and
has been caused to incur and will incur in the future medical and related
expenses.  He has suffered a loss of earnings and an impairment of his earning
capacity.  Plaintiff Henry Carl Smith has been and will continue to be prevented
from engaging in his normal activities.  He has been caused to undergo and will
undergo in the future extensive physical and mental pain and suffering.

126.   As a direct and proximate result of the "La Belle" bomb explosion,
plaintiff Melvin Spencer was caused to sustain severe and permanent injuries to
mind and body, including but not limited to, injuries to his ear, ear drum, face,
eyes, elbow, back and knees, and post-traumatic stress.  Because of his injuries,
plaintiff Melvin Spencer has been caused to undergo and will undergo in the
future extensive medical treatment, including surgery, and has been caused to
incur and will incur in the future medical and related expenses.  He has suffered
a loss of earnings and an impairment of his earning capacity.  Plaintiff Melvin
Spencer has been and will continue to be prevented from engaging in his normal
activities.   He has been caused to undergo and will undergo in the future
extensive physical and mental pain and suffering.

127. As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Romana Wells was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to her ear and eardrum, hearing loss, and post-traumatic stress. Because of her injuries, plaintiff Romana Wells has been caused to undergo and will undergo in the future extensive medical treatment, including surgery, and has been caused to incur and will incur in the future medical and related expenses. She has suffered a loss of earnings and an impairment of her earning capacity. Plaintiff Romana Wells has been and will continue to be prevented from engaging in her normal activities. She has been caused to undergo and will undergo in the future extensive physical and mental pain and suffering.

128. As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Tyrell White was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his ears, eardrums, face and back, hearing loss, and post-traumatic stress. Because of his injuries, plaintiff Tyrell White has been caused to undergo and will undergo in the future extensive medical treatment, including surgery, and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Tyrell White has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo and will undergo in the future extensive physical and mental pain and suffering.

129.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Anthony Bernard Ballard was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his ears, chest and leg, tinnitis and post-traumatic stress.    Because of his injuries, plaintiff Anthony Bernard Ballard has been caused to undergo and will undergo in the future extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity.    Plaintiff Anthony Bernard Ballard has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

130.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Donna Marie DaGraca was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to her ears and ankle, hearing loss and post-traumatic stress.    Because of her injuries, plaintiff Donna Marie DaGraca has been caused to undergo and will undergo in the future extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.    She has suffered a loss of earnings and an impairment of her earning capacity.    Plaintiff Donna Marie DaGraca has been and will continue to be prevented from engaging in her normal activities. She has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

131.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Christopher A. Gordon-Somers was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his ears, ear drum, neck and wrist, and post-traumatic stress.   Because of his injuries, plaintiff Christopher A. Gordon-Somers has been caused to undergo and will undergo in the future extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.   He has suffered a loss of earnings and an impairment of his earning capacity.   Plaintiff Christopher A. Gordon-Somers has been and will continue to be prevented from engaging in his normal activities.   He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

132.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Wade McArthur Harris, Jr. was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his ears, ear drums, leg and thigh, hearing loss, burns on his face and post-traumatic stress. Because of his injuries, plaintiff Wade McArthur Harris, Jr. has been caused to undergo and will undergo in the future extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.   He has suffered a loss of earnings and an impairment of his earning capacity.   Plaintiff Wade McArthur Harris, Jr. has been and will continue to be prevented from engaging in his normal activities.   He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

133.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Ralph Hunter was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff Ralph Hunter has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Ralph Hunter has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

134.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Alex L. Jackson was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his ears, ear drum and foot, impaired hearing, and post-traumatic stress.  Because of his injuries, plaintiff Alex L. Jackson has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Alex L. Jackson has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

135.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Earl Thomas Marshall, Sr. was caused to sustain severe and permanent

injuries to mind and body, including but not limited to, injuries to his ears, ear drums, back and hands, hearing loss, tinnitis, burns on his head and face, and post-traumatic stress. Because of his injuries, plaintiff Earl Thomas Marshall, Sr. has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Earl Thomas Marshall, Sr. has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

136. As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Frank Wesley McGee, Jr. was caused to sustain severe and permanent injuries to mind and body, including but not limited to, injuries to his ears and ear drum, hearing loss and post-traumatic stress. Because of his injuries, plaintiff Frank Wesley McGee, Jr. has been caused to undergo and will undergo in the future extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Frank Wesley McGee, Jr. has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

137. As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Clarence Rambo was caused to sustain severe and permanent injuries to

mind and body, including post-traumatic stress.  Because of his injuries, plaintiff

Clarence Rambo has been caused to undergo, and will undergo in the future,

extensive medical treatment and has been caused to incur and will incur in the

future medical and related expenses.  He has suffered a loss of earnings and an

impairment of his earning capacity.  Plaintiff Clarence Rambo has been and will

continue to be prevented from engaging in his normal activities.  He has been

caused to undergo, and will undergo in the future, extensive physical and mental

pain and suffering.

138.   As a direct and proximate result of the "La Belle" bomb explosion,

plaintiff Forrest Ward was caused to sustain severe and permanent injuries to

mind and body, including post-traumatic stress.  Because of his injuries, plaintiff

Forrest Ward has been caused to undergo, and will undergo in the future,

extensive medical treatment and has been caused to incur and will incur in the

future medical and related expenses.  He has suffered a loss of earnings and an

impairment of his earning capacity.  Plaintiff Forrest Ward has been and will

continue to be prevented from engaging in his normal activities.  He has been

caused to undergo, and will undergo in the future, extensive physical and mental

pain and suffering.

139.   As a direct and proximate result of the "La Belle" bomb explosion,

plaintiff Thomas Leon Woodland was caused to sustain severe and permanent

injuries to mind and body, including but not limited to, injuries to his ears and ear

drums, and post-traumatic stress.  Because of his injuries, plaintiff Thomas Leon

Woodland has been caused to undergo and will undergo in the future extensive

61

medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Thomas Leon Woodland has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

140.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Jeffrey Wynes was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff Jeffrey Wynes has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Jeffrey Wynes has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

141.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Carlos Marquez was caused to sustain severe and permanent injuries to mind and body, including, but not limited to, ruptured eardrums, tinnitus and post-traumatic stress.  Because of his injuries, plaintiff Carlos Marquez has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning

62

capacity. Plaintiff Carlos Marquez has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

142.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Andre W. Woodson was caused to sustain severe and permanent injuries to mind and body, including, but not limited to, ruptured eardrums, hearing loss and post-traumatic stress. Because of his injuries, plaintiff Andre W. Woodson has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Andre W. Woodson has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

143.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Ruthlyn Resha Baxter was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress. Because of her injuries, plaintiff Ruthlyn Resha Baxter has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. She has suffered a loss of earnings and an impairment of her earning capacity. Plaintiff Ruthlyn Resha Baxter has been and will continue to be prevented from engaging in her

normal activities. She has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

144.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Brandon Borders was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress. Because of his injuries, plaintiff Brandon Borders has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Brandon Borders has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

145.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Rickey Eugene Borders was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress. Because of his injuries, plaintiff Rickey Eugene Borders has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Rickey Eugene Borders has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

146.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Lee Robert Brown, III was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.    Because of his injuries, plaintiff Lee Robert Brown, III has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity.    Plaintiff Lee Robert Brown, III has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

147.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Shawn Butler was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress. Because of his injuries, plaintiff Shawn Butler has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Shawn Butler has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

148.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Darryl Allen Byers was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.    Because of his injuries,

plaintiff Darryl Allen Byers has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Darryl Allen Byers has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

149.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Jordan Edwards was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress. Because of his injuries, plaintiff Jordan Edwards has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Jordan Edwards has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

150.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff James Earl Frazier was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress. Because of his injuries, plaintiff James Earl Frazier has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings

66

and an impairment of his earning capacity. Plaintiff James Earl Frazier has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

151.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Michaela Haugabook was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress. Because of her injuries, plaintiff Michaela Haugabook has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. She has suffered a loss of earnings and an impairment of her earning capacity. Plaintiff Michaela Haugabook has been and will continue to be prevented from engaging in her normal activities. She has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

152.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Timothy Glen Henderson was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress. Because of his injuries, plaintiff Timothy Glen Henderson has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Timothy Glen Henderson has been and will continue to be prevented from engaging in his

normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

153.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Charlie Chris Hill was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress. Because of his injuries, plaintiff Charlie Chris Hill has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity.   Plaintiff Charlie Chris Hill has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

154.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Roosevelt Johnson was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff Roosevelt Johnson has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.   Plaintiff Roosevelt Johnson has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

155.  As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Robert Eugene Jones was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff Robert Eugene Jones has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Robert Eugene Jones has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

156.  As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Ronald Jones was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff Ronald Jones has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Ronald Jones has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

157.  As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Gary Lungrin was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff

Gary Lungrin has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity.    Plaintiff Gary Lungrin has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

158.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Charles J. Maxwell was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.    Because of his injuries, plaintiff Charles J. Maxwell has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss of earnings and an impairment of his earning capacity. Plaintiff Charles J. Maxwell has been and will continue to be prevented from engaging in his normal activities. He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

159.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff James Winfield May was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.    Because of his injuries, plaintiff James Winfield May has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses. He has suffered a loss

70

of earnings and an impairment of his earning capacity.    Plaintiff James Winfield
May has been and will continue to be prevented from engaging in his normal
activities.    He has been caused to undergo, and will undergo in the future,
extensive physical and mental pain and suffering.

160.    As a direct and proximate result of the "La Belle" bomb explosion,
plaintiff Paul Andrew McCathron was caused to sustain severe and permanent
injuries to mind and body, including post-traumatic stress.    Because of his
injuries, plaintiff Paul Andrew McCathron has been caused to undergo, and will
undergo in the future, extensive medical treatment and has been caused to incur
and will incur in the future medical and related expenses.  He has suffered a loss
of earnings and an impairment of his earning capacity.    Plaintiff Paul Andrew
McCathron has been and will continue to be prevented from engaging in his
normal activities.  He has been caused to undergo, and will undergo in the future,
extensive physical and mental pain and suffering.

161.    As a direct and proximate result of the "La Belle" bomb explosion,
plaintiff Andre McGhee was caused to sustain severe and permanent injuries to
mind and body, including post-traumatic stress.  Because of his injuries, plaintiff
Andre McGhee has been caused to undergo, and will undergo in the future,
extensive medical treatment and has been caused to incur and will incur in the
future medical and related expenses.  He has suffered a loss of earnings and an
impairment of his earning capacity.    Plaintiff Andre McGhee has been and will
continue to be prevented from engaging in his normal activities.  He has been

71

caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

162.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Delionel B. Meadows was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.    Because of his injuries, plaintiff Delionel B. Meadows has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.    He has suffered a loss of earnings and an impairment of his earning capacity.    Plaintiff Delionel B. Meadows has been and will continue to be prevented from engaging in his normal activities.    He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

163.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Manuel Anthony Medina was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.    Because of his injuries, plaintiff Manuel Anthony Medina has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.    He has suffered a loss of earnings and an impairment of his earning capacity.    Plaintiff Manuel Anthony Medina has been and will continue to be prevented from engaging in his normal activities.    He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

164.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Bryan Mills was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff Bryan Mills has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused `to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.   Plaintiff Bryan Mills has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

165.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Lynn Arnett Morgan was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff Lynn Arnett Morgan has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.   Plaintiff Lynn Arnett Morgan has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

166.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Wayne P. Neeley was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries,

73

plaintiff Wayne P. Neeley has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Wayne P. Neeley has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

167.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Miguel H. Spruill was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff Miguel H. Spruill has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.  Plaintiff Miguel H. Spruill has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

168.   As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Ronald Tate was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff Ronald Tate has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an

impairment of his earning capacity.    Plaintiff Ronald Tate has been and will
continue to be prevented from engaging in his normal activities.  He has been
caused to undergo, and will undergo in the future, extensive physical and mental
pain and suffering.

169.    As a direct and proximate result of the "La Belle" bomb explosion,
plaintiff Alvin Levert Wallace was caused to sustain severe and permanent
injuries to mind and body, including post-traumatic stress.   Because of his
injuries, plaintiff Alvin Levert Wallace has been caused to undergo, and will
undergo in the future, extensive medical treatment and has been caused to incur
and will incur in the future medical and related expenses.  He has suffered a loss
of earnings and an impairment of his earning capacity.    Plaintiff Alvin Levert
Wallace has been and will continue to be prevented from engaging in his normal
activities.   He has been caused to undergo, and will undergo in the future,
extensive physical and mental pain and suffering.

170.    As a direct and proximate result of the "La Belle" bomb explosion,
plaintiff Robert Weldon was caused to sustain severe and permanent injuries to
mind and body, including post-traumatic stress.   Because of his injuries, plaintiff
Robert Weldon has been caused to undergo, and will undergo in the future,
extensive medical treatment and has been caused to incur and will incur in the
future medical and related expenses.  He has suffered a loss of earnings and an
impairment of his earning capacity.    Plaintiff Robert Weldon has been and will
continue to be prevented from engaging in his normal activities.  He has been

caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

171.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Lloyd Elliot Wells was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.  Because of his injuries, plaintiff Lloyd Elliot Wells has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.   Plaintiff Lloyd Elliot Wells has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.

172.    As a direct and proximate result of the "La Belle" bomb explosion, plaintiff Earnest Eugene Wilson was caused to sustain severe and permanent injuries to mind and body, including post-traumatic stress.   Because of his injuries, plaintiff Earnest Eugene Wilson has been caused to undergo, and will undergo in the future, extensive medical treatment and has been caused to incur and will incur in the future medical and related expenses.  He has suffered a loss of earnings and an impairment of his earning capacity.   Plaintiff Earnest Eugene Wilson has been and will continue to be prevented from engaging in his normal activities.  He has been caused to undergo, and will undergo in the future, extensive physical and mental pain and suffering.